IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| TWIST AERO, LLC | : | Case No. 3:19-cv-337 |
| | : | |
| Plaintiff, | : | DISTRICT JUDGE THOMAS M. ROSE |
| | : | MAGISTRATE JUDGE SHARON L. OVINGTON |
| vs. | : | |
| | : | |
| B GSE GROUP, LLC | : | ENTRY AND ORDER GRANTING THE JOINT |
| | : | MOTION FOR EXTENSION OF TIME TO |
| Defendant. | : | RESPOND AND REPLY TO DEFENDANT B GSE |
| | : | GROUP, LLC'S MOTION TO DISMISS FOR |
| | : | LACK OF JURISDICTION |

This matter came before the Court on the parties' Joint Motion for Extension of Time to Respond and Reply to Defendant B GSE Group, LLC's Motion to Dismiss for Lack of Jurisdiction (Doc. #20). The Court, being in all things duly advised, now GRANTS that Motion.

It is therefore ORDERED, that Plaintiff Twist is granted the requested extension of time to file its response to Defendant B GSE Group, LLC's Motion to Dismiss for Lack of Jurisdiction (Doc. #17) up to and including **March 16, 2020**. It is further ORDERED, that Defendant B GSE Group, LLC is granted the requested extension, up to and including **March 23, 2020**, in which to file its reply.

IT IS SO ORDERED.

Date: March 9, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge