## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **TWIST AERO, LLC** | * | **CASE NO. 3:19-cv-00337** |
| **Plaintiff** | | **JUDGE THOMAS M. ROSE** |
| | | **MAGISTRATE JUDGE SHARON** |
| **vs.** | * | **L. OVINGTON** |
| **B GSE GROUP, LLC** | | |
| **Defendant** | * | **ENTRY AND ORDER GRANTING THE JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT B GSE GROUP, LLC TO REPLY IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF JURISDICTION** |

This matter came before the Court on the parties' Joint Motion for Third Extension of Time to Reply in Support of Defendant B GSE Group, LLC's Motion to Dismiss for Lack of Jurisdiction. The Court, being in all things duly advised, now GRANTS that Motion.

It is therefore ORDERED, that Defendant B GSE Group, LLC is granted the requested extension of time to file its reply in support of Motion to Dismiss for Lack of Jurisdiction (Doc.#17) up to and including **April 6, 2020.**

IT IS SO ORDERED.

March 26, 2020                              *s/Sharon L. Ovington*
                                            Sharon L. Ovington
                                            United States Magistrate Judge